

June 13, 2024

Clerk of the Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **RE:**    **Crawford House Foundation v. Lucian Miron Manu**
                   **Case No. 1:24-cv-04162**

Dear Clerk of the Court:

Our office filed a new matter yesterday as indicated above. Please allow this letter to serve as a request for a refund of the filing fee of this new matter as this filing was incorrectly filed with the wrong court. Attached is a courtesy copy of the receipt demonstrating the amount paid for the filing fee for the Court's convenience.

Should you have additional questions or concerns please contact our office at your convenience.

Sincerely,

*[signature]*

Moises A. Saltiel, Esq.
MSA/je

Enclosures: Receipt of Filing Fee Paid.